**Abatement Order filed December 16, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00912-CV
_____

### KAREN KRISTINE SILVIO, Appellant

### V.

### BIRNAM WOOD-FAIRFAX HOMEOWNERS ASSOCIATION, INC., Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1046607**

---

## ABATEMENT ORDER

Notice was filed on December 9, 2014, that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on December 4, 2014, Karen Kristine Silvio petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 14-36744. A bankruptcy suspends the appeal from the date when the bankruptcy petition is

filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM